IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA LYNN HIDALGO | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD 00-113 |
| SEARS, ROEBUCK AND CO. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the parties' Joint Motion for Modification of the Scheduling Order, it is this 25th day of April, 2000, by the United States District Court for the District of Maryland:

**ORDERED**, that the parties' Joint Motion is hereby granted; and it is further,

**ORDERED**, that the May 18, 2000 discovery deadline, the May 25, 2000 request for admissions deadline, and the June 19, 2000 dispositive motions deadline shall each be extended for a period of 60 days.

_____
J U D G E, United States District Court
for the District of Maryland