IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA LYNN HIDALGO | * | JUL 31 2000 |
| Plaintiff | * | |
| v. | * | Case No. AMD 00-113 |
| SEARS ROEBUCK AND CO. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW APPEARANCE

Thomas F. McDonough, Kenneth W. Long, Jr. and Royston, Mueller, McLean & Reid, LLP (movants), pursuant to the Local Rules of the United States District Court for the District of Maryland Rule 101 hereby moves for leave to withdraw their appearance as counsel for Donna Lynn Hidalgo, plaintiff, in the above-captioned matter. In support of this Motion, the movants state the following:

1.  That the movants informed the plaintiff in writing on June 12, 2000 that they intended on withdrawing their appearance in this case.

2.  On July 6, 2000, the plaintiff informed Kenneth W. Long, Jr. that she was speaking with substitute counsel and that she would have her substitute counsel contact the movants to obtain the file. To date there has been no contact from substitute counsel regarding this matter. See Exhibit 1, Affidavit of Kenneth W. Long, Jr.

3.  On several occasions in July, 2000, Mr. Long telephoned the plaintiff to obtain the status of her substitute counsel. Mr. Long either spoke with plaintiff's roommate Carroll

ROYSTON, MUELLER,
McLEAN & REID, LLP
SUITE 600
102 W PENN AVE
TOWSON MARYLAND
21204-4575
410-823-1800

[handwritten in left margin: Motion Denied. Plaintiff represents [illegible]]

Tyler or left a message on the answering machine which identifies the residence of that of Donna Hidalgo and Carroll Tyler. <u>See</u> Exhibit 1.

4.   On July 17, 2000, correspondence was sent to the plaintiff advising her that this firm intended to withdraw its appearance from this case. The correspondence further advised Ms. Hidalgo that she must either have new counsel enter their appearance or advise the clerk that Ms. Hidalgo will be proceeding without counsel. That correspondence, attached hereto as Exhibit 2, was mailed to Ms. Hidalgo's last known address.

WHEREFORE, the movants request that this Honorable Court grant them leave to withdraw their appearance in the above captioned case.

_____
KENNETH W. LONG, JR.
Federal Bar No. 24996

_____
THOMAS F. McDONOUGH
Federal Bar No. 00523
Royston, Mueller, McLean & Reid, LLP
Suite 600, The Royston Building
102 W. Pennsylvania Avenue
Towson, Maryland 21204-4575
(410) 823-1800
Attorneys for Plaintiff

ROYSTON, MUELLER,
MCLEAN & REID, LLP
SUITE 600
102 W. PENN AVE
TOWSON, MARYLAND
21204-4575
410-823-1800

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **27th** day of **July, 2000** a copy of the foregoing Motion to Withdraw Appearance was mailed, via first class mail, postage prepaid, to:

Matthew T. Angotti, Esquire
Neil R. Lebowitz, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201
Attorneys for Defendant

_____
KENNETH W. LONG, JR.

ROYSTON, MUELLER,
MCLEAN & REID, LLP
SUITE 600
102 W PENN AVE
TOWSON MARYLAND
21204-4575
410-823-1800

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA LYNN HIDALGO              *

    Plaintiff                   *

v.                              *    Case No. AMD 00-113

SEARS ROEBUCK AND CO.           *

    Defendant                   *

        * * * * * * * * * *

**AFFIDAVIT OF KENNETH W. LONG, JR.**

I hereby certify under the penalties of perjury that the following is true and correct:

1. I am over eighteen years of age and am competent to testify in courts of law as to the facts contained herein.

2. I am an attorney licensed to practice law in the State of Maryland. My license is in good standing. I have been licensed to practice in Maryland since December 1991. I am currently an associate with the law firm of Royston, Mueller, McLean & Reid, LLP.

3. This firm represents Donna Lynn Hidalgo, plaintiff, in this matter.

4. On June 12, 2000, this firm informed the plaintiff that it intended to withdraw its appearance in this case, and advised that plaintiff seek substitute counsel if she intended on pursuing the case.

5. My records indicate that I contacted Ms. Hidalgo on July 6, 2000, to inquire as to the status of her substitute counsel. She informed me that she was meeting with counsel on the following day and that she would have that counsel contact this firm. To date no counsel has contacted this firm regarding this matter.

ROYSTON, MUELLER,
McLEAN & REID, LLP
SUITE 600
102 W PENN AVE
TOWSON, MARYLAND
21204-4575
410-823-1800

EXHIBIT __1__

6. My records indicate that I attempted to reach Ms. Hidalgo by telephone on July 17, 2000. I left a message on her voice mail which identified the residence as that of Donna Hidalgo and Carroll Tyler. I attempted to contact Ms. Hidalgo at two separate times again on July 20, 2000. At approximately 3:30 p.m. I spoke with her roommate with whom I left a message to contact me. At approximately 6:05 p..m. I telephoned Ms. Hidalgo and left a message on her voice mail.

7. To date, I have not received a return telephone call or other correspondence from Ms. Hidalgo.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the matters and facts set forth in this Affidavit are true and correct.

7/27/00
Date

Kenneth W. Long, Jr.
Royston, Mueller, McLean & Reid, LLP
Suite 600
102 W. Pennsylvania Avenue
Towson, Maryland 21204

ROYSTON, MUELLER,
MCLEAN & REID, LLP
SUITE 600
102 W PENN AVE
TOWSON, MARYLAND
21204-4575
410-823-1800

## ROYSTON, MUELLER, McLEAN & REID, LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| R. TAYLOR McLEAN<br>E. HARRISON STONE<br>THOMAS F. McDONOUGH<br>LAUREL PARETTA EVANS*<br>KEITH R. TRUFFER*<br>ROBERT S. HANDZO*<br>EDWARD J. GILLISS<br>JOHN W. BROWNING<br>———<br>EDWARD U. LEE III<br>TIMOTHY J. OURSLER<br>KENNETH W. LONG, JR.<br>CRAIG P. WARD<br>ADAM T. SAMPSON<br><br>* ALSO ADMITTED IN D.C. | SUITE 600<br>THE ROYSTON BUILDING<br>102 WEST PENNSYLVANIA AVENUE<br><br>TOWSON, MARYLAND 21204-4575<br>———<br>TELEPHONE 410-823-1800<br>FACSIMILE 410-828-7859 | OF COUNSEL<br>RICHARD A. REID<br>EUGENE W. CUNNINGHAM, JR., P.A.<br>CHARLES F. STEIN III, P.C.<br>H. EMSLIE PARKS*<br>BRADFORD G.Y. CARNEY<br>———<br>CARROLL W. ROYSTON<br>1913-1991<br><br>H. ANTHONY MUELLER<br>1913-2000 |

July 17, 2000

Ms. Donna L. Hidalgo
211 Ashe Avenue, Apt. 3
Raleigh, North Carolina 27605

Re:   **Donna Lynn Hidalgo v. Sears Roebuck and Co.**

Dear Donna:

As you know, this firm intends to withdraw its appearance in the above-referenced case. You have informed me that you have retained, or are in the process of retaining, substitute counsel, however, to date, no such counsel has contacted me regarding the substitution.

Pursuant to Local Rule 101 of the U.S. District Court (Maryland), this letter will serve to provide you with the requisite five (5) day notice that this firm proposes to withdraw its appearance. You are hereby notified that you may either have new counsel enter an appearance, or advise the Clerk of the Court that you will be proceeding without counsel. Thus, should you decide to pursue this matter further, it would behoove you to obtain substitute counsel promptly.

If you have any questions regarding this matter, please feel free to give me a call.

Very truly yours,

*Ken*

Kenneth W. Long, Jr.

KWL/plk

litigation\TFM\clients\hidelgo ltr3

EXHIBIT 2