IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA LYNN HIDALGO                *

    Plaintiff                             *

v.                                              *   Case No. AMD 00-113

SEARS ROEBUCK AND CO.       *

    Defendant                         *

\* \* \* \* \* \* \* \* \* \*

## SECOND MOTION TO WITHDRAW APPEARANCE

Thomas F. McDonough, Kenneth W. Long, Jr. and Royston, Mueller, McLean & Reid, LLP (movants), pursuant to the Local Rules of the United States District Court for the District of Maryland Rule 101 hereby move for leave to withdraw their appearance as counsel for Donna Lynn Hidalgo, plaintiff, in the above-captioned matter. In support of this Motion, the movants state the following:

1. That the movants filed a Motion to Withdraw Appearance on July 27, 2000, which is incorporated herein by reference. That Motion was denied without prejudice by this Court on July 31, 2000.

2. Since filing the Motion to Withdraw Appearance, Counsel for Ms. Hidalgo has attempted to contact her through several means. On August 10, 2000, at approximately 5:05 p.m., Kenneth W. Long, Jr., telephoned Ms. Hidalgo's residence and left a detailed message on her answering service. Mr. Long advised Ms. Hidalgo that it would be in her best interest to contact this firm, and that further delay may prejudice her case. See Exhibit 1.

ROYSTON, MUELLER,
MCLEAN & REID, LLP
SUITE 600
102 W PENN AVE
TOWSON, MARYLAND
21204-4575
110 823-1800