UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-1820

November 6, 2000

MEMORANDUM TO COUNSEL RE: Hildago v. Sear Roebuck and Co.
Civil No. AMD 00-113

    I have read and carefully considered the motion to dismiss and/or for summary judgment and the opposition thereto. I am constrained to agree with plaintiff that the interpretation of the videotape evidence in this case-- and ultimately, the issue of whether defendant's agents had probable cause to detain plaintiff for theft-- are factual matters which may not be determined on summary judgment in the case at bar. For the reasons to be stated at the on-the-record pre-trial conference in this case, the defendant's motion **(Paper No. 26)** is **GRANTED** as to counts 2 (intentional infliction of emotional distress) and 6 (the federal claim under § 1981), and as to any claim for punitive damages, and it is **DENIED** in all other respects.

    The pre-trial conference shall take place on Monday, December 11, 2000, at 4:00 p.m. The conference will be held on-the-record in courtroom 5B of the Courthouse. Trial remains scheduled for the two week period beginning Tuesday, January 16, 2001.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file