IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA LYNN HIDALGO         *

    Plaintiff         *

v.         *   Case No. AMD 00-113

SEARS ROEBUCK AND CO.         *

    Defendant         *

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant's Motion for Protective Order and Other Relief, as well as the response thereto filed by Plaintiff, it is this 6th day of Nov., 2000, hereby:

ORDERED that Defendant's Motion for Protective Order and Other Relief be and the same hereby is **DENIED**. -- MOOT

_____
JUDGE,
United States District Court
for the District of Maryland

cc:   Thomas F. McDonough, Esquire
102 W. Pennsylvania Avenue, Suite 600
Towson, Maryland 21204-4575
Attorneys for Plaintiff

Neil R. Lebowitz, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201-4135
Attorneys for Defendant