IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA LYNN HIDALGO | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD 00-113 |
| SEARS, ROEBUCK AND CO. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF VOLUNTARY DISMISSAL

The parties, by and through their respective counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby agree and stipulate to the dismissal of the above-captioned case WITH PREJUDICE.

_____
Thomas F. McDonough, Federal Bar No. 00523

_____
Kenneth W. Long, Jr., Federal Bar No. 24996
Royston, Mueller, McLean & Reid, LLP
102 West Pennsylvania Avenue, Suite 600
Towson, Maryland 21204-4575
410-823-1800
Attorneys for the Plaintiff

_____
Matthew T. Angotti, Federal Bar No. 05949

_____
Neil R. Lebowitz, Federal Bar No. 25155
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201
410-752-1630
Attorneys for the Defendant

APPROVED
[signature]
4/5/2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___7th___ day of ___APRIL___, 2001, a copy of the forgoing Stipulation was mailed by first-class mail, postage prepaid, to Matthew T. Angotti, Esquire and Neil R. Lebowitz, Esquire, Anderson, Coe & King, LLP, 201 N. Charles Street, Suite 2000, Baltimore, Maryland 21201, Attorneys for the Defendant.

_____
Kenneth W. Long, Jr.